IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PATRICK L. SHERMAN**                                                                       **PLAINTIFF**
ADC #096304

V.                              NO. 4:21-CV-00081-BSM

**JAMES GIBSON, Warden, Varner Unit
ADC, et al.**                                                                                **DEFENDANT**

## ORDER

This case is dismissed without prejudice because Sherman has failed to pay the filing fee, and the time to do so has passed. Doc. No. 3. An *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 8th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE