# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**PATRICK L. SHERMAN**                                                                    **PLAINTIFF**
ADC #096304

V.                           NO.  4:21-CV-00081-BSM

**JAMES GIBSON**, Warden, Varner Unit
**ADC, et al.**                                                                                    **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 8th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE